## COMPLAINT

To:  United States Magistrate
     Stephen W. Smith
     Southern District Of Tex.
     Bob Casey U.S. Courthous,
       515 Rusk St., Rm.7720,
       Houston, Tx  77002

United States Courts
Southern District of Texas    July 31,2019
F I L E D

AUG 05 2019

David J. Bradley, Clerk of Court

I, Michael Wilfred Laflamme, TDCJ No.02045009, am over the age of eighteen and being of sound mind and reason ..am compitent to make this complaint pursuant to Fed.R.Crim.P. Rule 3 and Rule 4.1, and I do affirm under penalty of perjury that the following information is true and correct to the best of my knowledge.

On Novemeber 3, 2011 at approximately 4:19 p.m. I, Michael Wilfred LaFlamme, had an auto-ped accident at the corner of Malinche Ave. and Green St., located in South Laredo. I was taken to Laredo Medical center by LPD officer Charles A. Rosales to have a sample of blood drawn. Officer C. A. Rosales admitted his patrol car has an "In Vehicle Camera & Recording System." As per policy and procedure manual for Laredo Police Department 8.04.006(j) states: "Whenever a person is placed in the back seat of a patrol car <u>for whatever reason</u> the persons activity is to be recorded at all times." Officer Rosales claimed he didn't activate his camera so he does not have video that was requested via defense subpoena in both trials.[2](4 RR 190 at 5-17). Blood sample was obtained and secured and Mr. LaFlamme was told to walk home. Officer Marco A. Rodriguez took blood sample to the Laredo Police Department and placed it in Locker 51A Frig at 6:34 p.m. filed out evidence tag 2011-4808, and printed his name at the bottom of said form. See Exhibit "A" attached hereto.

Blood was sent off for toxicology to The Texas Department of Public Safety Crime Lab in Weslaco on January 4,2012. See FedEx Receipt Exhibit "A". Blood returned to the Laredo Police Department on March 5,2012 with "No Alcohol Detected on LaFlamme." Blood evidence was again sent off for toxicology, this time to the DPS Crime Lab in Austin Texas, arriving in a white paper bag with (2) blood tubes. LaFlamme asked: "Was that the special packaging that you sealed the blood in , in front of the phlebotomist?" Officer Rodriguez said. "No. On that I can't answer on that. What I scured the vials in is a sealed container provided by DPS." (4 RR 131 at 9-17). Further testing produced an inactive metabolite Benzoylecgonine at 0.62 Mg/L and Morphine at 0.01 Mg/L results arrived at the laredo police Department on May 16,2012. See page 2 of Complaint Exhibit "B"

Laredo police officer Marco A. Rodriguez, made a written complaint No.W-11541,

---

Court Reporter's record will be cited as [2](RR) preceeded by volume then followed by page then line.

to Justice of the Peace, Hector J. Liendo, on June 20,2012. In this complaint officer M.A. Rodriguez used material facts, auto-ped accident occured, Mr. LaFlamme was driving a Chevy Tahoe (With Farm Truck License Plates), and pedestrian, Edna Rios Gonzalez, who is directly related to Laredo Police Officer Jesus Robert Gonzalez, was injured, then officer M.A. Rodriguez weaved a tale claiming that Mr. LaFlamme was heavily intoxicated. However, this narrative of said complaint was not supported by the actions of the police officers on the day of the accident since Mr. LaFlamme was not arrested for 7½ months, and only after M.A. Rodriguez composed his complaint, nor was it supported by the blood evidence. During the course of the second trial Mr. LaFlamme re-introduced his blood work and used the State witness forensic Scientist, Eduardo Padilla, to prove that Mr. LaFlamme was in fact not intoxicated or even slightly impared.  See Reporter's Record from second trial,[2](5 RR 152-153) Cause No.2013-CRW-000160-D4, December 11-16,2015, in the 406th District Court, Webb County, Laredo  Texas. See Complaint W-11541 Exhibit "B" attached hereto. Mr. LaFlamme was arrested on June 20,2012 under warrant that was issued by justice of peace Hector J. Liendo, based on Complaint.

Officer Marco A. Rodriguez copied the complaint onto a Case Supplemental Report on June 21,2012 at 11:11:46, Thursday, and submitted it to his supervisor Gabriel E. Rodman Sr. See Exhibit "C.1" attached hereto. Officer Marco A. Rodriguez then requested that several police officers who were at the auto-ped accident occured Nov. 3,2011 compose their Case Supplemental Reports two years after the accident and they plagirized whole sentences from officer M.A. Rodriguez's report.  During the course of the second trial pro se defendant first had the officer's agree that even though their reports were created 2 years after the accident they were accurate because the reports were based solely on their recollection of the events on the day of the accident. Officer Jesus Robert Gonzalez stated: "Honestly what I wrote is exactly what I remember. I don't think I would have written any different, to be honest."[2](4 RR 47 at 20-23)(4 RR 48 at 1-7). LaFlamme then gave officer J.R Gonzalez a copy of his report  and had him agree that he copied officer Marco A. Rodriguez's report.[2](4 RR 49 at 2-25). Mr. LaFlamme then did the same thing to officer M.A. Rodriguez.[2](4 RR 149 at 1-13).

Officer Jesus Robert Gonzalez, who is directly related to the injured woman involved in the accident, composed his Case Supplemental Report on 09/25/2013 at 00:42:17 Wednesday, I highlighted plagirized portions of officer M.A. Rodriguez's report. See Exhibit "C.2" attached hereto. Officer Charles A. Rosales created his case supplemental report on 09/11/2013 at 01:07:32, Wednesday, I

highlighted where Sgt. Anthony Gomez plagirized officer Rosales report . See Exhibit "C.3" attached hereto. Sgt. Anthony Gomez composed his case supplemental report on 10/07/2013 at 10:41:15, Monday and I highlighted where he plagirized officer Charles Rosales's report. See Exhibit "C.4" attached hereto.

These case supplemental report's not only consisted of the same language but the officers plagirized whole sentences from each other, and the narratives of the officers reports were conformed to tell the same narrative, a story of heavy intoxication, which was not supported by the actions of the police officers on the day of the accident due to Mr. LaFlamme not being arrested for $7\frac{1}{2}$ months after the accident, nor was it supported by the blood evidence since I used the State toxicologist, Eduardo Padilla, to confirm with scientifically reliable evidence  that I was infact not intoxicated or even slightly impared on the day of the auto-ped accident. The fact that these report were created two years after the accident and the police plagirized whole sentences from each other exposing inappropriate sharing of information after the fact then the police testified from these report's under oath engaging in a conspiratorial act working in concert to deprive Mr. LaFlamme of his liberty and freedom, which subsequently did deprive Mr. LaFlamme of his liberty and freedom when they strategically infiltrated the jury with police officer's, law enforcement, and family of the State witnesses to wrongfully convict Mr. LaFlamme of a fabricated charge. See Conspiracy Against Rights 18 U.S.C § 241, Napue V. Ilinoise, 360 U.S. 264, 79 S. Ct. 1173 (1959). Miller V. Pate, 386 U.S. 1, 87 S. Ct. 785 (1967). Also U.S. V. Wallace, 673 F. Supp 205 (1987).  Date of first trial Sep. 14-17,2015 date of Second trial Dec. 11-16,2015. Also, Luna V. Beto, 391 F.2d 329 (5th Cir. 1967).

During the course of the first trial Mr. LaFlamme realized the prosecutors, the police officer witnesses, and my two court appointed attorney's working together in a concerted effort to wrongfully convict me. My blood evidence was suppressed on Aug.5,2015 so I had nothing to counter the perjured testimony from the police, so I interjected and fired the (2) court appointed attorney's and ]proceeded pro se and was successful in speaking common sense to the jurors and hung the jury. See reporter's record from the first trial[2](5 RR 15-99) Cause No.2013-CRW-000160-D4.

Mr. LaFlamme insisted on selfrepresentation for the second trial (pro se) and I insisted on re-introducing my blood and used the State Toxicologist Eduardo Padilla to prove that I was not intoxicated or impared[2](5 RR 152-153) And I discovered that the State entered into trial a fake manufactured video created

by Entravision Communications Corperation, several months/years after the accident
and was entered into trial (via) Business Record Affidavt signed by custodian of
records for Entravision, Alma E. Ferrera on July 1,2015. See Fake news Video and
Business Record Affidavit Exhibit "D" and Video "D.1". The affidavit states:
"This said video recording was made in a regular course of business of the
Entravision Communications Corperation, and was made by an employee or representa-
tive with knowledge of the act, event, conditions recorded. The recording was
prepared on a recording device capable of accurate recording, and the recording is
an accurate representation of the scene on the day of the incident that is the
subject of the above noticed cause." By using ambigious language this is an
admission that the video was manufactured to support the State's point argued, that
Mr. LaFlamme was intoxicated.  Mr. LaFlamme has a liberty intrest in not having
fabricated evidence and perjured testimony from State witness, Jose Luis Manrique,
who's wife Maria Luz Manrique, was seated on my jury as juror #10. State prosecutor
J. Rodriguez asked: "Mr. Manrique, I'm now turning your attention to State's
exhibit 2 up on the screen. Now in your expert opinion, is that person in the
video showing signs consistent with opiate use?" the methadone dealer Stated: "It
shows signs of a narcotic. Exactly what drug it is, I don't know. But he is under
the influence of some narcotic." (5 RR 180 at 15-24). Juror Card Exhibit "F.2" Maria.

    The state being fully aware that Mr. LaFlamme was going to reintroduce his
blood and expose with scientifically reliable evidence supported by testimony of
the forensic scientist, Eduardo Padilla, that he was infact not intoxicated or
even slightly impaired. on the day of the accident, and since the police had
already testified from their falsified report claiming Mr. LaFlamme was extremely
intoxicated, the officer entrusted with summoning the venire acted corruptly by
seeding and enormous amount of law enforcement, family of the State witnesses and
family of the police officer's involved in my trial. This allowed them to
stratigically infiltrate the jury with inherently biased jurors, Laredo Police
Officer Carlos Adan seated as juror 6.  Exhibit "F"... Juror #5 Martha Lidia
Rodriguez, who is the sister of the lead investigator in my case Marco A. Rodriguez
and she actually signed my guilty verdict. See Exhibit "E" and her juror card,
Exhibit "F".  Interestingly enough. Martha's signature on the guilty verdict
that she signed on December 16,2015 looks suspiciously like the print name of
Officer marco A. Rodriguez  on the evidence tag signed November 3,2011. See
exhibit "A" and Exhibit "E". Was officer Marco A. Rodriguez allowed to sign my
guilty verdict? As the names of the prespective jurors were being called out to

be seated on the jury, Mr. LaFlamme immediately stood up and objected to the Laredo police officer, Carlos Adan, and insisted he had struck him from the venire.[2](2 RR 144 at 1-25)[2](2 RR 145 at 3-4).

Mr. LaFlamme requested to correct the courts mistake and remove the improperly impaneled police officer from the jury. Mr. LaFlamme's request was denied by judge Hale.  Mr. LaFlamme reviewed his notes and called officer Carlos Adan, by name to the bench so he could challenge him for cause.  Judge Hale questioned officer Adan regarding impartality and if he could remain fair as a juror. Officer Adan, who being inherently biased as he is a police officer, clothed in the color of law, and is part of the prosecution and personally knows all police officer's who testified in both Mr. LaFlamme's trials, assured the court that he could be fair and impartial stating: "I feel that each one on their own could be exonerated."  Judge Hale forced Mr. LaFlamme to accept the police officer as juror 6. [2](2 RR 145 at 11-20).  During the trial two jurors were pointing at the police officer, rolling their eyes and shaking their heads. Mr. LaFlamme brought to the attention of the court the egregious activity taking place amongst the jurors and judge Hale appearing complicit in facilitating this sham of a trial played dizzying wordgames to confuse the situation and allowed the police officer to rain unfettered intimidation amongst the jurors. See [2](6 RR 90 at 18-25) [2](6 RR 91 at 1-25).

Juror number 9 Alfredo M. Vidaurri is an officer of the law working for the department of Homeland security and said nothing of his employment as law enforcement when questioned during voir dire demonstrated an implicit bias, see juror card Exhibit "F.1".  Juror Number 10 Maria Luz Manrique who is the wife of State witness, Jose Luis Manrique, and he testified as the drug recognition expert in both Mr. LaFlamme's trials, and his wife Maria is quietly seated as juror 10 on my jury, See Juror Card Exhibit "F.2". Also Maria Luz Manrigue claimes to be of the "White Race" when she is clearly hispanic. Interestingly enough, Juror 5 Martha Lidia Rodriguez also claimed to be of the "White Race" juror #8 Abelardo Rodriguez claimed to be of the "White Race" as did  Juror #11 Irma Laura Davila, who being married to police officer Jose Davila Jr. also claimed to be white. These jurors are all related to law enforcement involved in my case or married to a State witness which clearly reveals a conspiracy, confederacy amongst the jurors and they used a government madated juror questionnaire card Mandate Code, Section 62.0132 and deliberatly misrepresented themselves claiming to be white when they are hispanic and of latin origins so they could infiltrate

my jury , so they could work in concert with State witness police officers who offered ilicit perjured testimony testifying from falsified report composed two years after the fact, to wrongfully convict Michael Wilfred LaFlamme, a white man, of a fabricated offense Intoxicated Assault SBI, penal Code 49.07. This is a clear case of Malicious Prosecution as the State initiated criminal prosecution against Michael Wilfred LaFlamme, when exculpatory blood evidence confirmed he was in fact not intoxicated or impaired, prosecuting him with malice to deprive him of his liberty and freedom.

And I charge that heretofore, Officer Marco A. Rodriguez, officer Jesus Robert Gonzalez Jr., officer Charles Rosales, and Sgt. Anthony Gomez falsified report(s), evidence, and video, offered perjured testimony,. working in concert, confederation and in agreement with juror(s) #5 Martha Lidia Rodriguez, #6 LPD officer Carlos Adan, #8 Abelardo Rodriguez, juror #10 Maria Luz Manrique, Juror #9 Alfredo M. Vidaurri,  and juor #11 Irma Laura Davila, to coerce, intimidate, and bully the other jurors into relinquishing guilty verdicts against an innocent man,  Michael Wilfred LaFlamme, to deprive him of his liberty and freedom in direct violation of his due process while commiting the criminal offense 18 U.S.C. § 241 Conspiracy Against Rights, To-Wit: By falsifying evidence, reports, video, offering perjured testimony, infiltrating the jury with law enforcement, and  family and wives of State witnesses , in a conspiratorial act to deprive Michael Wilfred LaFlamme of his liberty and freedom.  In accordance with Fed.R.Crim.P. Rule 4.1 magistrate judge can verify all stated above by calling Law Library at (281)515-3413 and speaking with Michael LaFlamme. A.M. Stringfellow Unit,1200 F.M. 655, Rosharon, Tx 77583.

Against the peace and dignity of the State.

_Michael La Flamme_
Complainant

Pursuant To 28 U.S.C. § 1746, Undersigned hereby certifies under penality of perjury that the information provided above is trua and correct to the best of my knowledge.

Signed on this 31 day of July 2019 _Michael La Flamme_
Complainant

## Exhibit's

Evidence Tag & Receipt From FedEx.................... Exhibit "A"

Complaint Made By Officer M.A. Rodriguez............. Exhibit "B"

Case Supp Report(s)  officer M.A. Rodriguez.......... Exhibit "C.1"

                     Officer J.R. Gonzalez Jr........ Exhibit "C.2"

                     Officer Charles Rosales......... Exhibit "C.3"

                     Sgt. Anthony Gomez.............. Exhibit "C.4"

Highlighted report(s) plagirized and created two years after the fact exposing falsification and fabrication of evidence, perjured testimony, inappropriate sharing of information.

Entravision Communications Corp Affidavit............ Exhibit "D"

Entravision Communications Corp Video................ Exhibit "D.1"

Guilty Verdict Signed By Martha L. Rodriguez......... Exhibit "E"

**Juror** Questionnaire Card(s) Martha Lidia Rodriguez.... Exhibit "F"

                     Carlos Adan Juror 6....... Exhibit "F"
                     Alfredo M. Vidaurri D.H.S.Exhibit "F.1"
                     Maria Luz manrique....... Exhibit "F.2"
                     Abelardo Rodriguez....... Exhibit "F.3"
                     Irma Laura Davila........ Exhibit "F.4"

All jurors are either police officer, law enforcement, or married to,or related to State witnesses.  Unbelieveable.

Also see evidence tag signed by officer M.A. Rodriguez on Nov. 3, 2011, and Guilty Verdict signed by Marth Lidia Rodriguez on Dec. 16,2015.

Original Indictment "Intoxicated By Reason Of Alcohol." Exhibit "G"

Exhibit "A"

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## CRIME LABORATORY SERVICE
### Laboratory Submission Form

SCANNED

PS Laboratory Use Only

Lab
Case #

**DEFENDANT'S
EXHIBIT**

Agency Case Number

Offense    Moto

Date of Offense

**Laredo Police Department**

Property / Personnel Use Only

Locker #  514 KB

2011- 4808

6

This Below Listed Property was: ☐ Seized   ☑ Found in ___ on this 3 day of Nov-Jz 2011 at 634 AM/PM at 1700 Sundra Ave

To be held as: ☑ Evidence   ☐ Recovered Stolen Property   ☐ Safekeeping   ☐ Other
☐ Lost/or Found Property

**DETAILED DESCRIPTION (ATTACH INVENTORY SHEET IF NEEDED).**

1 — blood vials

Charge / Incident  Motor vehicle Accident

Victim's Name   Edna Rios Gzz    DOB  5-13-70

Defendant's Name / DOB  Michael Lefleure   AODB M0b001

Signature of Officer  Mario Rodriguez 9647

☐ SR   ☐ Available for Release
☐ BR2   ☑ Hold
☐ Other

IDENTIFYING NO. (S)

Victim's Tel. Number

Beat  13

Badge #   Case Number:  3ult 11-33953

PR9

City  Weslaco    State  TX    ZIP  78596

Address
We will ship via HOLD for con address of your choosing.

Company

### FedEx

6552 BOB BULLOCK LOOP
LAREDO, TX 78041

Location:            LRDA
Device ID:         LRDA-POS1
Employee:         467961
Transaction:      77041681903

PRIORITY OVERNIGHT
898758229169      1.00 lb (M)          33.96

Scheduled Delivery Date 01/05/2012

Shipment subtotal:                       33.96

Total Due:            33.96

FedEx Account:                             33.96
*****2437

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

January 4, 2012 2:49:42 PM

RETAIN THIS COPY FOR YOUR RECORDS.

For some non-drug cases, it may be a
Please include brief case synopsis, u

Are known standards (blood, saliva, hair, inked prints, clothing, fabrics, etc.) submitted for comparison?   ☐ Yes  ☑ No
Have any of these exhibits been previously analyzed by a laboratory?   ☐ Yes  ☑ No  If so, What Exhibit #'s?

LAB-06 Rev.00 (11/2002)                                                                              Page ___ of ___

Exh (1)

Exhibit "B"

IN JUSTICE COURT

WEBB COUNTY, TEXAS

NO. _____W-11541_____

## COMPLAINT

I, Officer Marco A. Rodriguez, LPD, being duly sworn, do state upon my oath, that I have reason to believe and do believe based upon the following information:

On November 03, 2011 at approximately 1619hrs, I Traffic Officer Marco A. Rodriguez IBM (743) while working Traffic Enforcement heard over the police radio of an Auto Pedestrian accident at the intersection of Malinche Ave. and Green St.   Officers who arrived shortly advised that the female pedestrian later identified as Edna Rios Gonzalez 12/20/1954 out of 2003 Mercer St. was in serious condition and was being transported by ambulance to the Laredo Medical Center.   The vehicle involved was identified as a 1996, Green Chevrolet Tahoe with Texas Plates IKG-356 driven by Michael La Flamme 05/13/1970 out of 368 S. Farm Market 649.   When Ms. Rios was being transported to The Laredo Medical Center officers on scene requested the "Crash Team" which is composed of Traffic officers and Accident Reconstructionists.   I Officer Rodriguez proceeded to the location along with Traffic Officer J.G. Pena.   On arrival, I met with Officers on scene who had kept the accident scene secured and blocked off for traffic.   At that point, Ms. Rios was already at the Laredo Medical Center and was being prepared to be transported to a San Antonio, Texas Hospital due to her serious injuries. Prior to making contact with the driver of the vehicle an unidentified male approached me and advised that he has seen the similar green Chevrolet SUV, involved in the accident,  a couple of times by a drug house around the corner and for police to check him for possible drugs.  I then made my way to the patrol unit where they had the driver Michael La Flamme inside a patrol unit.  I asked Mr. LaFlamme what had happened and he stated that he was traveling south bound on the 100 block of S. Malinche Ave. on the right side of the roadway.  Mr. LaFlamme stated that he was driving on his side of the roadway when he noticed Ms. Rios but was unable to stop on time.  Mr. La Flamme stated he noticed Ms. Rios walking southbound adjacent to the west side of the curb at the time of impact.  While talking to Mr. La Flamme I noticed he seemed to be under a Control Substance for the reason that he appeared as if La Flamme was drowsy and sleepy.  La Flamme repeatedly closed his eyes and lowered his face as if he was falling asleep while he explained in a slurred speech his side of the story.  La Flamme did appear as if he was under the influence of a Control Substance based on my knowledge, training and experience when dealing with these types of individuals. I was also unable to detect any signs of alcoholic beverage use.  While interviewing Mr. LaFlamme I also noticed his eyes were blood shot, appeared red in color and dilated.  La Flamme was told he was going to be transported to the Laredo Medical Center to collect a specimen of his blood by a certified phlebotomist.  La Flamme was explained that the reason for the collection of his blood specimen was that I Officer Rodriguez had probable cause that he was under the influence of a control substance and that the auto pedestrian accident resulted with the other party receiving serious bodily injuries in which she had to be airlifted to a San Antonio Hospital.  Mr. La Flamme acknowledge verbally by stating ok.  On November 3, 2011, certified phlebotomist Juan Pablo Granger drew the blood from Mr. LaFlamme.  The blood vials were turned over to me where it was then logged into the

Exhibit "B"

Police Department property room with evidence tag # 2011-4808 Locker L-51A. On March 5, 2012 Alcohol Analysis report from the Department of Public Safety Weslaco Crime Laboratory arrived to the Laredo Police Department with a "No alcohol detected" on La Flamme. Results for drugs on La Flamme arrived May 16, 2012, from the Texas Department of Public Safety Crime Laboratory in Austin, Texas with results of Benzoyleegonine (cocaine metabolite) at 0.62 milligrams per liter and Morphine at 0.01 milligrams per liter.

And I charge that heretofore, that on or about the 3rd day of November, 2011, in the County of Webb and State of Texas, **Michael La Flamme**, Defendant, did then and there operate a motor vehicle in a public place  while intoxicated by reason of the introduction of a controlled substance, a drug, or a dangerous drug into the body (Benzoyleegonine [cocaine metabolite] 0.62 milligrams per liter and Morphine 0.01 milligrams per liter), and did by reason of such intoxication cause serious bodily injury to another, namely, Edna Rios Gonzalez, by accident or mistake, to-wit: by driving said motor vehicle into the person of the said injured party.------

Against the Peace and Dignity of the State.

_____
Complainant

    Sworn to and subscribed before me by Officer Marco A. Rodriguez, LPD, a credible person, on the 20th     day of June, 2012.

_____
Justice of the Peace
Webb County, Precinct   1 , Pl  1 .

TAB C.1

**CASE SUPPLEMENTAL R**  DEFENDANT'S EXHIBIT  Printed: 09/14/2012 09:309:3

*Laredo Police Department*  DCA: **11033953**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *TURNED OVER TO DA`S*  **Occured:** *11/03/2011*

**Offense:** *INTOXICATED ASSAULT W/VEHICLE SBI*

**Investigator:** *RODRIGUEZ, MARCO A  (3618)*  **Date / Time:** *06/21/2012 11:11:46, Thursday*

**Supervisor:** *RODMAN, GABRIEL E Sr (2522)*  **Supervisor Review Date / Time:** *06/21/2012 23:33:37, Thursday*

**Contact:**  **Reference:** *Offense Report*

On November 03, 2011 at approximately 1619hrs, I Traffic Officer Marco A. Rodriguez IBM (743) while working Traffic Enforcement heard over the police radio of an Auto Pedestrian accident at the intersection of Malinche Ave. and Green St.   Officers who arrived shortly advised that the female pedestrian later identified as Edna Rios Gonzalez 12/20/1954 out of 2003 Mercer St. was in serious condition and was being transported by ambulance to the Laredo Medical Center.   The vehicle involved was identified as a 1996, Green Chevrolet Tahoe with Texas Plates 1KG-356 driven by Michael La Flamme 05/13/1970 out of 368 S. Farm Market 649.

When Ms. Rios was being transported to The Laredo Medical Center officers on scene requested the "Crash Team" which is composed of Traffic officers and Accident Reconstructionists.  I Officer Rodriguez proceeded to the location along with Traffic Officer J.G. Pena.  On arrival, I met with Officers on scene who had kept the accident scene secured and blocked off for traffic.  At that point, Ms. Rios was already at the Laredo Medical Center and was being prepared to be transported to a San Antonio, Texas Hospital due to her serious injuries.

Prior to making contact with the driver of the vehicle an unidentified male approached me and advised that he has seen the similar green Chevrolet SUV, involved in the accident,  a couple of times by a drug house around the corner and for police to check him for possible drugs.  I then made my way to the patrol unit where they had the driver Michael La Flamme inside a patrol unit.
I asked Mr. LaFlamme what had happened and he stated that he was traveling south bound on the 100 block of S. Malinche Ave. on the right side of the roadway.  Mr. LaFlamme stated that he was driving on his side of the roadway when he noticed Ms. Rios but was unable to stop on time.  Mr. La Flamme stated he noticed Ms. Rios walking southbound adjacent to the west side of the curb at the time of impact.  While talking to Mr. La Flamme I noticed he seemed to be under a Control Substance for the reason that he appeared as if La Flamme was drowsy and sleepy.  La Flamme repeatedly closed his eyes and lowered his face as if he was falling asleep while he explained in a slurred speech his side of the story.  La Flamme did appear as if he was under the influence of a Control Substance based on my knowledge, training and experience when dealing with these types of individuals, I was also unable to detect any signs of alcoholic beverage use.  While interviewing Mr. LaFlamme I also noticed his eyes were blood shot, appeared red in color and dilated.

La Flamme was told he was going to be transported to the Laredo Medical Center to collect a specimen of his blood by a certified phlebotomist.  La Flamme was explained that the reason for the collection of his blood specimen was that I Officer Rodriguez had probable cause that he was under the influence of a control substance and that the auto pedestrian accident resulted with the other party receiving serious bodily injuries in which she had to be airlifted to a San Antonio Hospital.  Mr. La Flamme acknowledge verbally by stating ok.  On November 3, 2011, certified phlebotomist Juan Pablo Granger drew the blood from Mr. LaFlamme.  The blood vials were turned over to me where it was then logged into the Police Department property room with evidence tag # 2011-4808 Locker L-51A.

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *TURNED OVER TO DA'S*     **Occurred:** *11/03/2011*

    **Offense:** *INTOXICATED ASSAULT W/VEHICLE SBI*

---

**Investigator:** *GONZALEZ, JESUS ROBERT Jr*     **Date / Time:** *09/25/2013 00:42:17, Wednesday*

   **Supervisor:** *VILLARREAL, GILBERTO*    *(2912)*     **Supervisor Review Date / Time:** *09/25/2013 02:39:29, Wednesday*

    **Contact:**                     **Reference:** *Assisting Officer Supplement*

---

On November 3rd 2011 at approx. 4:20 p.m. I Ofc. J. Gonzalez was dispatched to an auto pedestrian accident at N. Malinche Ave. and Green St. While en-route to the scene Laredo Police dispatch advised that the patient was on the ground and provided no other information. As I continued to the scene, Sgt. A. Gomez who had already arrived at the scene began advising via police radio that a female victim was on the ground unresponsive. Upon arrival at the scene I noticed that not only was Sgt. Gomez there, but Ofc. C. Rosales as well who were both attending to the victim later identified as Edna Gonzalez Rios. I then immediately noticed a slender/light complected male subject later identified as Michael LaFlamme (D.O.B 05-13-70) pacing back and forth on the side of the street with his hands gripping the top of his head next to a green in color Chevrolet Tahoe. The Tahoe displayed Tx. Plates (1KG-356).

     I then approached Mr. LaFlamme and as I walked closer to him, he kept saying that he didn't mean to hit her. He then mentioned that she, referring to the female victim came out of nowhere and he couldn't stop on time. Mr. LaFlamme showed concern for the female victim and kept asking hysterically over and over again if she was going to be o.k. He then kept saying "Oh shit I fucking killed her." I then briefly spoke to him in an attempt to gather more information on the situation at hand. As I continued speaking to him I noticed that he had blood-shot eyes, spoke in a slurred/slow speech, and had dry mouth to the point where he had white markings on the edges of his mouth. He also had severely cracked lips which were peeling and kept licking his lips non-stop as if trying to keep them moist. I also noticed a few more characteristics such as dilated pupils, profuse sweating, and what concerned me the most was his behavior which would go from a very fast and alert pace with eyes wide open to a slow, droopy, and sluggish pace. Mr. LaFlamme on several occasions while talking at eye level would lower is head and would begin to dose off or fall asleep which lasted only for a few seconds and would then continue conversing but actually was lost about the conversation. At that time due to my knowledge, training, and experience with dealing with those types of individuals it appeared that Mr. LaFlamme was under the influence of some type of controlled substance. Nonetheless I was unable to detect any signs of alcoholic beverage use or consumption.

     Meanwhile, Laredo Fire and Rescue personnel mentioned that the victim appeared to have suffered serious injuries and that she would be transported to the Laredo Medical Center for further treatment. Sgt. A. Gomez later requested the Laredo Police Department Traffic Division reconstruction team who took over the accident being that it involved serious injuries. Mr. LaFlamme was later detained in the back-seat of a patrol unit by an assisting officer. I then focused on securing the scene awaiting the arrival of the "Crash Team" led by Case Officer M. Rodriguez. As I stood at a distance, I frequently glanced at Mr. LaFlamme and noticed that he was asleep as he sat in the back-seat of the patrol unit which was not normal given the circumstances. Upon the arrival of the "Crash Team," they were briefed on the accident which they later took over.

---

**Investigator Signature:** _____

SUPPLEMENTAL REPORT                          Printed: 10/07/2013 10:30

OCA: *11033953*

BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| Case Status: *CLEARED BY ARREST* | Case Mng Status: *TURNED OVER TO DA`S* | Occurred: *11/03/2011* |
| Offense: *INTOXICATED ASSAULT W/VEHICLE SBI* | | |

| | |
|---|---|
| Investigator: *ROSALES, CHARLIE A     (5308)* | Date / Time: *09/11/2013 01:07:32, Wednesday* |
| Supervisor: *VILLARREAL, GILBERTO     (2912)* | Supervisor Review Date / Time: *09/12/2013 02:37:17, Thursday* |
| Contact: | Reference: *Assisting Officer Supplement* |

On November 03, 2011 at approximately 1620hrs, I was dispatch to an Auto Pedestrian Accident at the intersection of Green St and Malinche Ave. It was reported that a patient was down on the ground and was unresponsive. I arrived at approximately 1624hrs and directed my attention to a female, who was laying on the asphalt. The female victim was later identified as Edna Rios Gonzalez.

A male subject later identified as Michael LaFlamme, who in a type of slurred speech mentioned that the vehicle was operated by him and he was unable to stop on time. LaFlamme appeared to have bloodshot eyes, drymouth to the point where he had white markings on the edges of his mouth. LaFlamme also had dilated pupils and would constantly move his lower jaw side to side and up and down. LaFlamme did demonstrate concern for the victim, as he constantly asked if she was going to be okay. LaFlamme began to pace up and down, and because of the aforementioned characteristics, a concern grew that LaFlamme might possibly be under the influence of some type of stimulant.

Meanwhile Laredo Fire and Rescue Paramedics mentioned that the victim appeared to have suffered serious injuries and she would be transported to the Laredo Medical Center. Laredo Police Department Traffic Division was called by Sgt Gomez and asked to take over the accident, as it involved serious injuries. I then observed LaFlamme as he would dose off and then wake up as he sat in the back of the patrol car.

Officer Mark Rodriguez later arrived on scene and asked that LaFlamme be transported to Laredo Medical Center and have samples of his blood taken. This was done since the accident involved serious bodily injuries. I transported LaFlamme to the Laredo Medical Center and waited for Officer Rodriguez to arrive. Samples were eventually taken from LaFlamme who kept dosing off, only to wake up and become very restless. LaFlamme complained and threatened to file charges and lawsuits against anyone who drew blood from his body. He mentioned that he did not consent to the taking of his blood. He argued that he would file assault charges if force was used to draw his blood. Officer Rodriguez explained to LaFlamme that it was a procedure that is followed when an accident involves serious bodily injuries. LaFlamme eventually agreed to the withdrawal of his blood.

Investigator Signature: _____

r_supp3                                                                                          Page 1

OCA: *11033953*

THE INFORMATION BELOW IS CONFIDENTIAL FOR USE BY AUTHORIZED PERSONNEL ONLY

Investigator: *GOMEZ, ANTHONY    (1649)*        Date / Time: *10/07/2013 10:41:13, Monday*

Supervisor: *(0)*                                Supervisor Review Date / Time: *NOT REVIEWED*

Contact:                                         Reference: *Assisting Officer Supplement*

On November 3rd 2011 at approximately 4:19pm, the Laredo Police Department received a call for an auto-ped accident by Malinche Avenue and Green Street. Dispatch send a couple of units and I Sgt Anthony Gomez was dispatched as well, I arrived at around 4:25 pm. Upon arrival, I observed an elderly female on the ground on Malinche Street. Female was later identified as Edna Gonzalez d.o.b. 12.20.1954 of 2003 Mercer Street. Mrs. Gonzalez was unconcious and had shallow breathing. There was a green Chevrolet Tahoe with Texas plates 1KG-356 parked near by Mrs. Gonzalez.

At about this time, Officer Rosales and I were attending Mrs. Gonzalez attempting to wake her we would call her out and try to get her to answer. She would not respond. An officer told me that they had the driver of the green Tahoe. I just advised the Officer to secure the driver due to the fact that we were attempting to contact the CRASH team. Officer J. Gonzalez (304) and Officer F.D. Dehoyos (215) were in the back with the driver of the green Tahoe, he was later identified as Michael LaFlamme d.o.b. 05.13.1970.

At this time Laredo Fire Department Paramedics had arrived and began working on Mrs. Gonzalez. As the tried to stabilize Mrs. Gonzalez, a medic advised me that they could not stabilize and that they needed to transport ASAP, and that most likely Mrs. Gonzalez was going to have to get airlifted to San Antonio due to the severity of her injuries.

Next, I notified dispatch to get a hold on the CRASH team. Sgt Michael Raines called me and informed me that they were sending someone, and that they were short handed. Thus, from patrol I summoned Officer J.E. Martinez (1303) and M.A. Villarreal (1511) as they were both former traffic and CRASH team members to assist on this auto-ped accident. Officer Marco Rodriguez and J.G> Pena responded to the auto-ped accident.

I was scanning the scene and observed the tire marks where the green Tahoe leaving the actual lane of travel and jumping the curve. Furthermore, I observed the hood area of the green Tahoe with fresh damage. Consistent with what a male witness stated at the scene. As I continued to walk the scan the scene i found some paint chips that appeared to belong to the green Tahoe, just a few feet North of the accident scene. Placing the point of impact just north of from where Mrs. Gonzalez landed,

The witness was secured and a statement was obtained from this male witness. Also, A CSI was requested. CSI Abrahm DeLa Garza responded and took photographs of the scene and the vehicle.

Meanwhile, I saw the subject Laflamme in the backseat of a unit. I observed his behavior from close by. Laflamme was saying to the effect, "Oh shit I killed her." He continued saying things such as "I didnt mean to killer her." Laflamme was sweating profusely and without reason He had what appeared to be blood shot eyes He also had cotton mouth and he continued to lick his lips in attempts to moisten his lips He was acting really nerves antsy, he would keep stroking his arms and tights. Then he would just stop his behavior and he would start it up again. He looked to be under the influence of narcotics LaFlamme did not smell like alcohol, he in my personal experience looked to be high under the influence of drugs.

Investigator Signature:

Exhibit "D"

## CAUSE NO. 2013CRW160-D4

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **THE DISTRICT COURT** |
| | § | |
| **VS** | § | **406TH JUDICIAL DISTRICT** |
| | § | |
| **MICHAEL WILFRED LAFLAMME** | § | **WEBB COUNTY, TEXAS** |

### BUSINESS RECORD AFFADAVIT

Before me, the undersigned authority, personally appeared _Alma E. Ferrara_, who, being by me duly sworn, deposed as follows:

My name is _ALMA E. FERRARA_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records for the **ENTRAVISION COMMUNICATIONS CORPORTION, Laredo, TX, 222 Bob Bullock Loop, Laredo, TX 78043.** Attached hereto is a disk containing records and/or a video recording from the **ENTRAVISION COMMUNICATIONS CORPORTION.** This said video recording was kept and made in the regular course of business of the **ENTRAVISION COMMUNCATIONS CORPORTION,** and was made by an employee or representative with knowledge of the act, event, condition recorded. The recording was made at or near the time of event or conditions recorded. The recording was prepared on a recording device capable of accurate recording, and the recording is an accurate representation of the scene on the day of the incident that is the subject of the abovementioned cause. Additionally, the recording equipment was kept in a secure environment and the recording has not been altered. The recording attached, hereto, is the original or an exact duplicate of the original.

_[signature]_

Affiant

SWORN TO AND SUBSCRIBED before me on the ___1___ day of ___July___, 2015.

_[signature]_

Notary Public, State of Texas

_[notary stamp:]_ **MARISELA SALINAS** My Commission Expires July 13, 2019

Notary's Printed Name:

_Marisela Salinas_

My Commission Expires:

_July 13, 2019_

XxxcRxx

Exhibit "F"

JUROR QUESTIONNAIRE          PLEASE TYPE OR PRINT IN INK ONLY
R QUESTIONNAIRE" IS MANDATED BY GOVERNMENT CODE, SECTION 62.0132.

Your answers are CONFIDENTIAL and may be disclosed only to the judge, court personnel, litigant and the litigant's attorney.

*Juror #5*
*Sister of*
*officer*
*Marco A.*
*Rodriguez*
*who served*
*as the lead*
*investigator,*

☐ Male ☑ Female   (Required by State Law) Race: White   Age: 28   Date of Birth: 8/3/87   Are you a U.S. Citizen ☑ Y ☐ N

Your Name: MARTHA LIDIA RODRIGUEZ   147562
Home Address: 208 ASTURIAS AVE        R-15DEC07-406
LAREDO, TX 78046-8502

Current Marital Status
☐ Single ☑ Married
☐ Widowed ☐ Divorced
Number of Children  0
Ranges of Age:
From ___ years to ___ years

Mailing Address (if different from home): 208 Asturas

Primary Phone: 956-645-0700   Alternate Phone:   County of Residence: Webb

Your Occupation: Legal Secretary   Work Phone: 956-712-1600
Your Employer: Kazen Meurer & Perez   How Long? 8 months
Spouse's Name: Michael Johannes   Spouse's Occupation: Police Officer
Spouse's Employer: TAMIU   How Long? 10 months

Please check highest level of education completed:
☐ Did not receive H.S. Diploma
☐ H.S. Diploma
☐ GED
☐ 2 yr College
☑ 4 yr College
☐ Post Graduate
☐ Other ___

Have you ever served on a civil jury? ☐ Y ☑ N   Have you ever served on a criminal jury? ☐ Y ☑ N

I CERTIFY THAT ALL ANSWERS ARE TRUE AND CORRECT.
Please sign here ▶ _____   Date 12/1/15

NOTE: If you state that you are not a U.S. citizen, you will no longer be eligible to vote if you fail to provide proof of U.S. citizenship to your county voter registrar.

THIS FORM MUST BE COMPLETED AND BROUGHT WITH YOU WHEN REPORTING FOR JURY DUTY.

---

XxxxXxx

Exhibit "F.1"

JUROR QUESTIONNAIRE ·          PLEASE TYPE OR PRINT IN INK ONLY
THE FOLLOWING "JUROR QUESTIONNAIRE" IS MANDATED BY GOVERNMENT CODE, SECTION 62.0132.

Your answers are CONFIDENTIAL and may be disclosed only to the judge, court personnel, litigant and the litigant's attorney.

*Juror #6*

☑ Male ☐ Female   (Required by State Law) Race: Hispanic   Age: 45   Date of Birth: 8/24/70   Are you a U.S. Citizen ☑ Y ☐ N

Your Name: CARLOS ADAN   158238
Home Address: 2105 SNOW FALLS DR        R-15DEC07-406
LAREDO, TX 78045-8369

Current Marital Status
☐ Single ☑ Married
☐ Widowed ☐ Divorced
Number of Children  7
Ranges of Age:
From 25 years to 5 years

Mailing Address (if different from home):

Primary Phone: 956 286 8203   Alternate Phone:   County of Residence: Webb

Your Occupation: City of Laredo Police   Work Phone: 956 795 2800
Your Employer: City of Loredo   How Long? 25 years
Spouse's Name: Jessica Menaber   Spouse's Occupation: Fleet Mgt
Spouse's Employer: U.S. Border Patrol   How Long? 8 years

*Works for*
*the same*
*police Dept.*
*as all the*
*officers that*
*testified at*
*my trial.*

Please check highest level of education completed:
☐ Did not receive H.S. Diploma
☐ H.S. Diploma
☐ GED
☑ 2 yr College
☐ 4 yr College
☐ Post Graduate
☐ Other ___

Have you ever served on a civil jury? ☐ Y ☑ N   Have you ever served on a criminal jury? ☑ Y ☐ N

I CERTIFY THAT ALL ANSWERS ARE TRUE AND CORRECT.
Please sign here ▶ _____   Date 12-7-15

NOTE: If you state that you are not a U.S. citizen, you will no longer be eligible to vote if you fail to provide proof of U.S. citizenship to your county voter registrar.

THIS FORM MUST BE COMPLETED AND BROUGHT WITH YOU WHEN REPORTING FOR JURY DUTY.

Exhibit "F.1"

June # 9

# JUROR QUESTIONNAIRE     PLEASE TYPE OR PRINT IN INK ONLY

**THE FOLLOWING "JUROR QUESTIONNAIRE" IS MANDATED BY GOVERNMENT CODE, SECTION 62.0132.**
*Your answers are CONFIDENTIAL and may be disclosed only to the judge, court personnel, litigant and the litigant's attorney.*

☑ Male ☐ Female | Race: *Hispanic* (Required by State Law) | Age: **61** | Date of Birth: **01-06-54** | Are you a U.S. citizen ☑ Y ☐ N (Please "X" one below)

**Your Name:**
**Home Address:**
ALFREDO M VIDAURRI
815 CARROL DR
LAREDO, TX 78045-2043

**Current Marital Status**
☐ Single     ☑ Married
☐ Widowed    ☐ Divorced

**Number of Children** __3__

2O7290
R-15DEC07-408

**Ranges of Age:**
From *15* years to *9* years

**Mailing Address**
(if different from home)

Please check highest level of education completed:
☐ Did not receive H.S. Diploma
☐ H.S. Diploma
☐ GED
☑ 2 yr College
☐ 4 yr College
☐ Post Graduate
☐ Other

**Primary Phone:** 956-334-3734   Alternate: 956-334-5322   County of Residence: Webb

**Your Occupation:** U.S. Customs   Work Phone: 956-693-5753

**Your Employer:** Dept. Homeland Security   How Long? 26 yrs

**Spouse's Name:** Rosa Vidaurre   Spouse's Occupation: housewife   How Long? 21 yrs.

**Spouse's Employer:** housewife

Have you ever served on a civil jury? ☐ Y ☑ N     Have you ever served on a criminal jury? ☐ Y ☑ N

I CERTIFY THAT ALL ANSWERS ARE TRUE AND CORRECT. *[signature]* Date: 12/3/15

Please sign here →

NOTE: If you state that you are not a U.S. citizen, you will no longer be eligible to vote if you fail to provide proof of U.S. citizenship to your county voter registrar.

**THIS FORM MUST BE COMPLETED AND BROUGHT WITH YOU WHEN REPORTING FOR JURY DUTY.**

Exhibit "G"

~~TXLXC~~

Exhibit "F.2"

Juror #16

## JUROR QUESTIONNAIRE

**PLEASE TYPE OR PRINT IN INK ONLY**

THE FOLLOWING "JUROR QUESTIONNAIRE" IS MANDATED BY GOVERNMENT CODE, SECTION 62.0132.
Your answers are CONFIDENTIAL and may be disclosed only to the judge, court personnel, litigant and the litigant's attorney.

| ☐ Male ☐ Female | Race: (Required by State Law) Na H ve / Hispanic | Age: 42 | Date of Birth: 11/21/73 | Current Marital Status | Any type of U.S. Citizen ☑ Y ☐ N (Please see "Your Children" Box |
| | | | | ☐ Single  ☑ Married | |

Your Name: MARIA LUZ MANRIQUE
Home Address: 1920 YUKON LN
LAREDO, TX 78045-8420

211003
R-15DEC07-409

Current Marital Status
☐ Single   ☑ Married
☑ Widowed  ☐ Divorced

Mailing Address
(if different from home): 1928 Yukon

Your Occupation: Occupational Therap Assistant

Primary Phone: (956) 635-9168  Alternate Phone: (956) 771-0642  County of Residence: From 11 years to 16 years

Your Employer: Occupational Therap Assistant  Work Phone: 956-693-5050  How Long? 9 yrs.

Spouse's Name: A Concillo Hispano  Spouse's Occupation: LVN  How Long? 20 yrs.

Spouse's Employer: Jose L. Manrique  Have you ever served on a criminal jury? ☐ Y ☑ N

Have you ever served on a civil jury? ☐ Y ☑ N

Number of Children: 3
Ranges of Age:

Please check highest level of education completed:
☐ Did not receive H.S. Diploma
☐ H.S. Diploma
☐ GED
☑ 2 yr College
☐ 4 yr College
☐ Post Graduate
☐ Other:

I CERTIFY THAT ALL ANSWERS ARE TRUE AND CORRECT.
Please sign here → _____  Date: 11/25/15

NOTE: If you state that you are not a U.S. citizen, you will no longer be eligible to vote if you fail to provide proof of U.S. citizenship to your county voter registrar.

*State witness who testified at both trials* (handwritten annotation)

THIS FORM MUST BE COMPLETED AND BROUGHT WITH YOU WHEN REPORTING FOR JURY DUTY.

Exhibit "F.3"

Juror #18

**JUROR QUESTIONNAIRE**     PLEASE TYPE OR PRINT IN INK ONLY

THE FOLLOWING "JUROR QUESTIONNAIRE" IS MANDATED BY GOVERNMENT CODE, SECTION 62.0132.

*Your answers are CONFIDENTIAL and may be disclosed only to the judge, court personnel, litigant and the litigant's attorney.*

☐ Not a Citizen     (Required by State Law) Rare ___ (circled: Tù White)     **Age:** 57     **Date of Birth:** 8-25-58     **Are you a U.S. Citizen BY ☑ N (please list Your Nation)**     **Current Marital Status**

**Your Name:** ABELARDO RODRIGUEZ
**Home Address:** 7833 DENMARK LN
LAREDO, TX 78045-8399

141727
R-15DEC07-405

☐ Single     ☑ Married
☐ Widowed   ☐ Divorced

**Number of Children:** 2
**Ranges of Age:** From 3 years to 27 years

**Mailing Address:**
(if different from home):

**Primary Phone:** 206.255.__     **Alternate Phone:** ___     **County of Residence:** ___

Please check highest level of education completed:
☐ Did not receive H.S. Diploma
☐ H.S. Diploma
☐ GED
☐ 2 yr College
☐ 4 yr College
☐ Post Graduate
☐ Other:

**Your Occupation:** Locksmith     **Work Phone:** ___

**Your Employer:** ABC Locksmith Services     **How Long?** 3 yrs

**Spouse's Name:** Laura Rodriguez     **Spouse's Occupation:** Sales     **How Long?** 3 yrs

**Spouse's Employer:** Marshalls     **How Long?** 18

Have you ever served on a civil jury?  ☐ Y ☑ N     Have you ever served on a criminal jury? ☐ Y ☑ N

I CERTIFY THAT ALL ANSWERS ARE TRUE AND CORRECT.
Please sign here → _____     **Date:** 12-2-15

NOTE: If you state that you are not a U.S. citizen, you will no longer be eligible to vote if you fail to provide proof of U.S. citizenship to your county voter registrar.

**THIS FORM MUST BE COMPLETED AND BROUGHT WITH YOU WHEN REPORTING FOR JURY DUTY.**

Exhibit "F.4"

Exhibit "F")

Juror #11

police officer

# JUROR QUESTIONNAIRE

## PLEASE TYPE OR PRINT IN INK ONLY

THE FOLLOWING "JUROR QUESTIONNAIRE" IS MANDATED BY GOVERNMENT CODE, SECTION 62.0132.
Your answers are CONFIDENTIAL and may be disclosed only to the judge, court personnel, litigant and the litigant's attorney.

| ☐ Male ☒ Female | Race ☒ WHITE (Required by State Law) | | Age: 55 | Date of Birth: 06 11 1960 | Are you a U.S. Citizen ☒ Y ☐ N (Please see "Note" below) |

| Your Name: IRMA LAURA DAVILA | | Current Marital Status |
| Home Address: 508 E MONTGOMERY ST | 169228 | ☐ Single   ☒ Married |
| LAREDO, TX 78040-1433 | R-15DEC07-406 | ☐ Widowed   ☐ Divorced |

| Mailing Address (if different from home): | | Number of Children: 0 |
| | | Ranges of Age: |

| Primary Phone: 740-JNJJO | Alternate Phone: 756 | County of Residence: WEBB | From ___ years to ___ years |

| Your Occupation: ACCOUNTANT | Work Phone: 724-8194 (wk) | Please check highest level of education completed: |
| Your Employer: BERT KRAUS CPA | How Long? 11 yrs | ☐ Did not receive H.S. Diploma |
| | | ☐ H.S. Diploma |
| Spouse's Name: JOSE DAVILA JR | Spouse's Occupation: RETIRED | ☐ GED |
| | | ☒ 2 yr College |
| Spouse's Employer: N/A | How Long? N/A | ☐ 4 yr College |
| | | ☐ Post Graduate   ☐ Other ___ |

Have you ever served on a civil jury? ☐ Y ☒ N    Have you ever served on a criminal jury? ☒ Y ☐ N

I CERTIFY THAT ALL ANSWERS ARE TRUE AND CORRECT.
Please sign here → _Irma E Davila_    Date 12/3/15

NOTE: If you state that you are not a U.S. citizen, you will no longer be eligible to vote if you fail to provide proof of U.S. citizenship to your county voter registrar.

THIS FORM MUST BE COMPLETED AND BROUGHT WITH YOU WHEN REPORTING FOR JURY DUTY.

TxDoCK                    Exhibit "G"

No. 2013CRW160-D4

---

THE STATE OF TEXAS
VS.
**MICHAEL WILFRED LAFLAMME**
D. O. B: 05-13-70
386 S FM 649
HEBBRONVILLE, TX 78361
Booking No. 201200005612
TRN No. 9127606503

---

INDICTMENT

OFFENSE
INTOXICATED ASSAULT W/VEHICLE SBI F3
PENAL CODE: 49.07     CJIS CODE # 13990024

---

ATTORNEY
CARLOS QUESADA

NAMES OF WITNESSES:
GILBERTO BENAVIDEZ   FERNANDO DE HOYOS   ABRAHAM DE LA GARZA   JESUS
GONZALEZ   J E MARTINEZ   MARCO RODRIGUEZ   CHARLIE ROSALES   MARIO ALBERTO
VILLARREAL   ANTHONY GOMEZ   ARMANDO ELIZONDO JR.   G J PENA

---

| D. O. O:  11-03-11 | | D.A. FILE # 111-12-06073 |
| D. O. A:  06-20-12 | | ASST. D.A. CARLOS QUESADA |

---

A TRUE BILL:

Foreperson of the Grand Jury

Presented in open Court by the Grand Jury, a Quorum thereof being present, and filed the **13** day of **Feb.**
2013.

Esther Degollado District Clerk, _____ District Court,

By, _____, Deputy

Amount of Bail. $_____

THE STATE OF TEXAS)
                                    )
COUNTY O F WE&        )

I. Esther Degollado, Clerk of the _____ District Court of Webb County, Texas, do hereby certify that the within and
foregoing is a true and correct copy of the original Bill of this indictment , filed in said Court on the_____day of
_____ A.D. 2013, in Cause No. _____. St__d The State of Texas VS.: MICHAEL WILFRED
LAFLAMME.
Given under my hand and seal of said Court, at office in Laredo, Texas,  this _____ day of _____ A.D. 2013.

ESTHER DEGOLLADO.  Clerk

By_____, Deputy

58

Exhibit "G"

*In the Name and by the Authority of the State of Texas:*

THE GRAND JURORS, *duly selected, organized, sworn and impaneled as such for the County of Webb, State of Texas, at the JANUARY-JUNE term, 2013, of the 111TH DISTRICT COURT sitting in for the 406th District Court of said County upon their oaths present in and to the said Court that on or about the 3rd day of November, A.D., 2011 and anterior to the presentment of this indictment, in the County and State aforesaid,* MICHAEL WILFRED LAFLAMME, *did then and there operate A MOTOR VEHICLE IN PUBLIC PLACE while intoxicated by reason of the introduction of alcohol into the body, and did by reason of such intoxication cause serious bodily injury to another, namely,* EDNA GONZALEZ, *by accident or mistake, to-wit: by DRIVING SAID MOTOR VEHICLE INTO THE PERSON OF THE SAID INJURED PARTY.*

*Against the Peace and Dignity of the State.*

_____
Foreperson of the Grand Jury

'Exhibit "E"

*Exhibit*

# CAUSE NO. 2013CRM000160D4

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 406TH JUDICIAL DISTRICT |
| | § | |
| MICHAEL WILFRED LAFLAMME | § | WEBB COUNTY, TEXAS |

## VERDICT OF THE JURY

We, the Jury, find the Defendant, MICHAEL WILFRED LAFLAMME,

_____*Guilty*_____ of the offense of INTOXICATION ASSAULT,
*"Guilty" or "Not Guilty"*

a FELONY 3 offense.

_____
Presiding Juror

**Martha Rodriguez**
(Please Print) Presiding Juror

FILED
WEBB COUNTY. TEXAS
BY _____ DEPUTY
AT _____1.47 P.___ M.
December 16, 20 15
ESTHER DEGOLLADO
CLERK OF THE DIST. COURTS
& COUNTY COURTS AT LAW



A True copy of the original I certify
the ___20___ day of ___Jul___ 20 16
ESTHER DEGOLLADO
Clerk of the District Courts and
County Courts at Law  Webb County, Texas
By _____ Deputy

*Charge of the Court – 2013CRM00160D4*                    Page 7

EXHIBIT
B

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

§
§
§     CASE NUMBER   <u>4:19mc02331</u>
§
§
§

In re: Michael Wildered LaFlamme

CD Exhibit kept in Houston file room.

DOCUMENT IS:

☐     LOOSE IN FILE

☐     IN VAULT SEALED

☑     IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____

Michael Wilfred LaFlamme
TDCJ No.02045009
A.M. Stringfellow Unit
1200 F.M. 655
Rosharon, Tx 77583

Clerk
United States District Court
C/O Stephen W. Smith
Southern District Of Texas
Bob Casey U.S. Courthouse
515 Rusk St., Rm.7720
Houston, Tx 77002

United States Courts
Southern District of Texas
F I L E D

AUG 05 2019

David J. Bradley, Clerk of Court

July 31,2019

Re: Complaint/Supporting Documents Exhibit's/ Fed.R.Crim.P. Rule 3, Rule 4.1 :


Mr. David J. Bradley,

Enclosed herewith is a complaint made in accordance with Fed.R.Crim.P. Rule 3 and Rule 4.1. All supporting applicable dacuments, police reports, juror question- naire cards, and indictment, guilty verdict proving it fact of the matter asserted as alleged in said complaint provided as Exhibit's.

Pursuant to Fed.R.Crim.P. Rule 4.1(a) In general. A magistrate judge may consider information communicated by telephone or other reliable electronic means when reviewing a complaint, or whether deciding to issue a warrant or summons.

Please forward this complaint to Magistrate judge Stephen W. Smith and he can call the Stringfellow Unit Law Library @ (281)515-3413 and request to speak with Michael Wilfred LaFlamme TDCJ No.02045009 (Complainant) to verify all information/ allegations addressed in complaint.

The alleged crime and defendants as named in said complaint reside in, and the crime(s) were committed,in Laredo Texas which falls within this courts Jurisdiction, that being within the Souther District. I submitted a Fed. Writ 28 U.S.C. § 2254 in which I addressed "No Intoxication" and "Biased and Partial Jury" amongst other viable grounds  Civil Action No. 5:18-cv-00134  and District judge,Marina Garcia Marmolejo, denid my writ 2254 with prejudice, and denied all my motions as moot. Thus, I am highly suspicious and fear that the rule of law has been completely abandond by the legal professionals in Laredo.

therefore, I request my complaint be reviewed by this court.

Thank You

Sincerely,

*Michael La Flamme*
Michael Wilfred LaFlamme
TDCJ No.02045009

Michael Wilfred
A.M. "Mac" Stri
1200 F.M. 655
Rosharon, Tx 77

LaFlamme #02045009
Longfellow Unit

United States Courts
Southern District Of Texas
F I L E D

AUG 0 5 '19

David J. Bradley, Clerk of Court

CLERK
United States Magistrate Judge
C/O Stephen W. Smith
Southern District Of Texas
Bob Casey U.S. Courthouse
515 Rusk St. Rm. 5401

